DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hilario Rodriguez,<br><br>          Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:21-cv-00249-NONE-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 10, 2022 to March 11, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Good cause exists for this request.  Counsel for the Plaintiff is currently in Houston, Texas due to a family emergency involving Counsel's father who is gravely ill with Leukemia.

1

1  (See Declaration by Dolly M. Trompeter).  Counsel for the Plaintiff is a principal
2  caregiver. Additionally, Counsel has limited access to her computer and will
3  require additional time to brief this matter upon her return to California.
4      Defendant does not oppose the requested extension.  Counsel apologizes to
5  the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 4, 2022     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff



Dated: January 4, 2022     PHILLIP A. TALBERT
                           United States Attorney
                           PETER K. THOMPSON
                           Acting Regional Chief Counsel, Region IX
                           Social Security Administration


By:  **/s/ Chantal R. Jenkins*
     Chantal R. Jenkins
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on January 4, 2022)

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a sixty-day (60) extension of time to file an Opening Brief is GRANTED. Plaintiff shall file an Opening Brief on or before March 11, 2022. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **January 5, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE