DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO RODRIGUEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:21-cv-00249-JLT-BAM<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 11, 2022 to April 11, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time.  Plaintiff's Counsel respectfully states that the requested extension is necessary as she continues to care for her ill father in Houston, Texas with limited access to the

computer. Plaintiff's Counsel has included a declaration in support of the motion. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 11, 2022          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: March 11, 2022          PHILLIP A. TALBERT
                               United States Attorney
                               PETER K. THOMPSON
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

By: *\*/s/Bacilio Mendez II*
    BACILIO MENDEZ II
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on March 11, 2022)

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a thirty-day (30) extension of time to file an Opening Brief is GRANTED. Plaintiff shall file an Opening Brief on or before April 11, 2022. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

    Dated:  **March 15, 2022**          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE