DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00249-JLT-BAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from May 31, 2022 to June 3, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time. Counsel has recently returned to San Francisco, California and requires the additional time to ensure the timely submission of briefing assignments currently on calendar. Counsel is

1

catching up on past due assignments as she has been out of the state for several months due to her father's current health issues. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: May 31, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                               By: */s/ Dolly M. Trompeter*
                                  DOLLY M. TROMPETER
                                  Attorneys for Plaintiff

Dated: May 31, 2022        PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                              By:  **/s/ Chantal R. Jenkins*
                                  Chantal R. Jenkins
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on May 31, 2022)

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a three-day extension of time to file a reply brief is GRANTED. Plaintiff shall file a reply brief on or before June 3, 2022.

IT IS SO ORDERED.

Dated:  **June 1, 2022**                     /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE